**FILED**

05/01/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 19-0606

IN THE SUPREME COURT OF THE STATE OF MONTANA
Supreme Court Cause No. DA 19-0606

IN THE MATTER OF:

Z.L.

a Youth.

## ORDER GRANTING EXTENSION

Before the Court is the Motion of Appellant, Z.L., to amend the Order issued by the Court on April 29, 2020.

Upon review of Appellant's Motion, the Court hereby grants Appellant's Motion. The Appellant's Opening Brief shall be filed and served on or before May 28, 2020.

Dated this the __ day of April, 2020.


By: _____


Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
May 1 2020